E-FILED
Monday, 08 June, 2026  11:50:40 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
Urbana Division

CARL JASEN DICKERSON,

      **Plaintiff,**

v.

                                      **Case No. 26-2103**

TRANS UNION LLC,

      **Defendant.**

## REPORT & RECOMMENDATION

On April 9, 2026, Defendant removed Plaintiff's Complaint (#1) to this Court. On April 13, 2026, Defendant filed an Answer to Plaintiff's Complaint (#4). The Court scheduled this case for a telephonic Rule 16 Scheduling Conference on May 6, 2026. Plaintiff failed to appear for the Rule 16 Scheduling Conference set for May 6, 2026. On the same day, the Court entered an Order to Show Cause directing Plaintiff to explain his absence and state his intention to pursue his case. Plaintiff failed to respond to the Order to Show Cause.

**Accordingly, the Court recommends that Plaintiff's case be DISMISSED for failure prosecute pursuant to Fed. R. Civ. P. 41(b).** The parties are advised that any objection to this recommendation must be filed in writing with the clerk within fourteen (14) days after being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986).

ENTERED this 8th day of June, 2026.

                                          s/ERIC I. LONG
                                UNITED STATES MAGISTRATE JUDGE