E-FILED
Tuesday, 23 June, 2026  02:14:49 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| CARL JASEN DICKERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 26-CV-2103 |
| v. | ) | |
| | ) | |
| TRANS UNION LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER APPROVING MAGISTRATE JUDGE RECOMMENDATION

On June 8, 2026, a Report and Recommendation (#11) was filed by U.S. Magistrate Judge Eric I. Long in the above cause. More than fourteen (14) days have elapsed and no objections have been made. See 28 U.S.C. § 636(b)(1). This court therefore accepts the recommendation of the Magistrate Judge. See *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT the Report and Recommendation (#11) is accepted by the court. Plaintiff's case is DISMISSED without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). This case is terminated.

ENTERED on this 23rd day of June 2026.

s/ *Colin S. Bruce*
COLIN S. BRUCE
CHIEF U.S. DISTRICT JUDGE